USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :     20 CR 452(VM)
          -against-               :        ORDER
                                  :
NOAH KITCHENS,                    :
                                  :
                    Defendant.    :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

By letter dated September 8, 2020 (see Dkt. 16), the Government, with the consent of defense counsel, requested an initial pre-trial conference in the above-referenced matter for the third week of September, and exclusion of time under the Speedy Trial Act.

Subsequently on September 10, 2020, defense counsel submitted another letter (see Dkt. 17), with consent of the Government, requesting an adjournment of the pre-trial conference for approximately 60 days, and consenting to the exclusion of time under the Speedy Trial Act. It is hereby

**ORDERED** that the conference shall be scheduled for November 20, 2020 at 9:00 a.m. In light of the ongoing public health emergency, the conference will proceed via telephone. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198; and it is further

**ORDERED** that the time until the conference shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: New York, New York
      11 September 2020

                                          Victor Marrero
                                              U.S.D.J.