# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021

June 10, 2021

**By ECF**
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Noah Kitchens, 20 Cr. 452 (VM)

Dear Judge Marrero:

I write with the consent of the government to request a modification of the motions schedule and an adjournment of the conference date by approximately 30 days. The proposed modification would be as follows:

Defense motions: July 13, 2021
Government reply: August 3, 2021
Defense reply: August 17, 2021

The parties are continuing to engage in plea discussions and hope to achieve a pretrial disposition. The defense has retained an expert, who has conducted a series of evaluations of Mr. Kitchens at the MCC. The expert is finalizing her report, and the defense expects to produce it to the government shortly. An adjournment would allow the parties to continue pretrial discussions, and might obviate the need for a motions schedule.

The defense does not object to the exclusion of time under the Speedy Trial Act until the new conference date set by the Court.

Respectfully submitted,

/s/
Tamara L. Giwa
Assistant Federal Defender
Federal Defenders of New York
(917) 890-9729

---

The request is granted. The motions schedule proposed above is hereby adopted, and the conference scheduled for 7/30/21 is adjourned until 8/27/21 at 12:00 p.m. Upon consent, time is excluded under the Speedy Trial Act until 8/27/21.

**SO ORDERED.**

6/14/2021
DATE

/s/ Victor Marrero, U.S.D.J.