**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/21
```

UNITED STATES OF AMERICA,

      -against-

NOAH KITCHENS,

      Defendant.

**20 CR 452 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

Defendant requests an adjournment of the status in this matter scheduled for December 9, 2021, pending the parties scheduling a change of plea in Magistrate Court. (Dkt. No. 67.) The December 9 conference is hereby adjourned to Friday, January 7, 2022 at 2:00 p.m. Defendant also consents to an exclusion of time from the Speedy Trial Act until January 7, 2022.

It is hereby ordered that time until January 7, 2022, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:   New York, New York
          December 8, 2021

_____
Victor Marrero
U.S.D.J.