**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

-against-

NOAH KITCHENS,

Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2022

**20 CR 452 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

WHEREAS, with the consent of defendant Noah Kitchens, his guilty plea allocution was made before a United States Magistrate Judge on April 5, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and is further

ORDERED that the sentencing hearing for the defendant is scheduled for December 16, 2022, at 10:00 a.m.

**SO ORDERED.**

Dated:     New York, New York
           July 19, 2022

Victor Marrero
U.S.D.J.