USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

NOAH KITCHENS,

                Defendant.

---

**20 Crim. 452(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon request of the Defendant, and consent of the Government, the sentencing currently scheduled for December 16, 2022, is hereby adjourned until March 10, 2023, at 10:00 a.m.

**SO ORDERED.**

Dated:    17 November 2022
            New York, New York

                                                _____
                                                   Victor Marrero
                                                      U.S.D.J.