USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

NOAH KITCHENS,

                Defendant.

**20 Cr. 452 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon request of the Defendant and consent of the government, (Dkt. No. 84) the Court hereby adjourns the sentencing hearing currently scheduled for March 10, 2023 to March 31, 2023 at 9:00 a.m. The Clerk is directed to terminate all pending motions.

**SO ORDERED.**

Dated:    17 February 2023
           New York, New York

                                      _____
                                         Victor Marrero
                                            U.S.D.J.